HC/HDE/PMW:bd    SDA-079657    F:\DATA\HISTORY\SD\79657\MOT\ADDL EXT OF TIME TO ANS 10-15-14.docx

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SCORE ADVERTISING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO:   14-cv-05476 |
| ) | |
| FORE! RESERVATIONS, INC., ) | Hon. Virginia M. Kendall |
| GOLFNOW G1, LLC and ) | |
| NBCUNIVERSAL, LLC, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION FOR ADDITIONAL EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME the Defendants, FORE! RESERVATIONS, INC., GOLFNOW G1, LLC and NBCUNIVERSAL, LLC, by and through their attorneys, SANCHEZ DANIELS & HOFFMAN LLP, and move this Honorable Court for an extension of up to and including November 17, 2014 within which to answer or otherwise plead.  The reason for this request for an extension of time is because the Plaintiff and Defendants have agreed to continue settlement negotiations in an attempt to settle the case prior to beginning formal discovery.  All parties consent to the requested extension.

WHEREFORE, said Defendants pray for relief accordingly.

Respectfully submitted,

**SANCHEZ DANIELS & HOFFMAN LLP**

By:   /s/  Hugo Chaviano
      One of the Attorneys for Defendants

Hugo M. Chaviano – ARDC #3125022
Heather D. Erickson – ARDC #6269711
Patrick M. Ward – ADRC #6284215
**SANCHEZ DANIELS & HOFFMAN LLP**
**333 West Wacker Drive**
**Suite 500**
**Chicago, Illinois 60606**
**Tel:     (312) 641-1555**
**Fax:    (312) 641-3004**